UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:
**05CV11387JLT**

HAFIZA ASLAMI,

    Plaintiff,

v.

AIG LIFE INSURANCE COMPANY, AIG CLAIM SERVICES, INC., LORI RODEK GERALD WYNDORF,

    Defendants

## DEFENDANTS' ANSWER TO PLAINTIFF'S AMENDED COMPLAINT

1. On information and belief, admit.
2. Admit.
3. Admit.
4. Admit.
5. Admit as to all relevant times.
6. Defendants state that the policy speaks for itself.
7. Defendants state that the policy speaks for itself.
8. Defendants state that the policy speaks for itself.
9. Defendants state that the policy speaks for itself.
10. On information and belief, admit.
11. Defendants state that the referenced document speaks for itself.
12. Defendants state that the referenced document speaks for itself.
13. Defendants state that the referenced document speaks for itself.

14. Defendants state that the referenced document speaks for itself.

15. Defendants admit that the claim was not paid for eighteen (18) months. Otherwise denied.

16. Admit.

17. Defendants state that the referenced documents speak for themselves.

18. Defendants state that the referenced document speaks for itself. Otherwise denied.

19. Defendants state that the referenced documents speak for themselves.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

### Affirmative Defenses

1. Plaintiff's claims are preempted by the Employee Retirement Income Security Act of 1976 ("ERISA"), 29 USA secs. 1001 et seq..

2. Plaintiff's claims are barred by the applicable statute of limitations.

3. Plaintiff's claims are barred by the doctrine of payment.

4. Plaintiff's claims are barred by her failure to exhaust administrative remedies.

5. The allegations complained of, even if true, were committed by a third-party or third-parties for whose actions the Defendants are not responsible.

6. Plaintiff has failed to state a claim upon which relief may be granted.

Respectfully submitted,
DEFENDANTS AIG LIFE INSURANCE
COMPANY, AIG CLAIM SERVICE, INC.,
LORI RODEK and GERALD WYNDORF,

By its attorneys,

MURPHY, HESSE, TOOMEY & LEHANE, LLP

August 17, 2005

By: _____
Katherine A. Hesse, BBO #232540
Geoffrey P. Wermuth, BBO #559681

World Trade Center East
2 Seaport Lane, 4th Floor
Boston, MA 02210
(617) 479-5000

CERTIFICATE OF SERVICE

I certify that on this 17th day of August, 2005, I served a copy of the foregoing Defendants' Answer to Plaintiff's Amended Complaint by sending the same by first-class mail, postage prepaid to Stephen Gordon, Esq., Stephen Gordon & Associates, 500 Main St., Suite 535, Worcester, MA 01608.

_____
Geoffrey P. Wermuth