**STEPHEN GORDON & ASSOCIATES**
**500 MAIN STREET, SUITE 535**
**WORCESTER, MA 01608**
**TELEPHONE**
**(508) 755-1050 - (508) 754-5000**

August 30, 2005

United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:    Hafiza Aslami v. AIG Life Insurance Co., AIG Claim Services, Inc.,
       Lori Rodek and Gerald Wyndorf
       Docket No. 1:05CV11387JLT

Dear Sir/Madam:

This office received an electronic notice of a Discovery Order being entered.
However, we were not able to locate a Discovery Order on the electronic material.
Would you kindly forward the Order to us.

I also received notice of an October 5, 2005 Scheduling Conference. However, I
have a matter scheduled at the MCAD in Springfield for October 5, 2005 that has
been continued more than once. Therefore, would it be possible to reschedule the
Scheduling Conference in this matter.

Thank you for your anticipated cooperation.

Very truly yours,

Stephen Gordon, Esq.
SG/jab
cc:    Geoffrey P. Wermuth, Esq.