UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:05CV11387JLT

HAFIZA ASLAMI
     Plaintiff

V

AIG LIFE INSURANCE CO.,
AIG CLAIM SERVICES, INC.,
LORI RODEK and GERALD WYNDORF
     Defendants

PLAINTIFF'S MOTION TO CONTINUE SCHEDULING CONFERENCE

NOW COMES the plaintiff and asks this Court to reschedule the scheduling conference to October 13, 2005. In support of this motion, the plaintiff sets forth the following:

1.    On October 5, 2005, plaintiff's counsel has a hearing scheduled in Springfield which has been rescheduled on previous occasions. The Springfield hearing was scheduled for October 5, 2005 prior to receiving notice on this matter.

2.    Counsel for the defendant has agreed to October 13, 2005 as another date.

WHEREFORE, plaintiff would ask that the matter be continued to October 13, 2005.

Hafiza Aslami
by her Attorney

_____
Stephen Gordon, Esq.
STEPHEN GORDON & ASSOCIATES
500 Main Street, Suite 535
Worcester, MA 01608
(508) 755-1050
BBO #203620

## CERTIFICATE OF SERVICE

I, Stephen Gordon, Esq., hereby certifies that on September 16, 2005, I forwarded a copy of the foregoing motion via first class, postage pre-paid mail to: Geoffrey P. Wermuth, Esq., Murphy, Hesse, Toomey & Lehane, LLP, 300 Crown Colony Drive, Suite 410, PO Box 9126, Quincy, MA 02269-9126

_____
Stephen Gordon, Esq.