UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-11387-JLT

FILED
IN CLERK'S OFFICE
2005 DEC 22 P 12: 13
U.S. DISTRICT
DISTRICT OF

HAFIZA ASLAMI,

    Plaintiff,

v.

AIG LIFE INSURANCE
COMPANY, AIG CLAIM
SERVICES, INC., LORI RODEK
GERALD WYNDORF,

    Defendants

## DEFENDANTS' WITHDRAWAL FROM MEDIATION

Please be advised that the Defendants hereby withdraw from mediation.

Respectfully submitted,
DEFENDANTS AIG LIFE INSURANCE
COMPANY, AIG CLAIM SERVICE, INC.,
LORI RODEK and GERALD WYNDORF,

By its attorneys,

MURPHY, HESSE, TOOMEY & LEHANE

December 21, 2005

By: _____
Katherine A. Hesse, BBO #232540
Geoffrey P. Wermuth, BBO #559681
World Trade Center East
2 Seaport Lane, 4th Floor
Boston, MA 02210
(617) 479-5000

CERTIFICATE OF SERVICE

I certify that on this 21st day of December, 2005, I served a copy of the foregoing by sending the same by first-class mail, postage prepaid, and via e-mail, to Stephen Gordon, Esq., Stephen Gordon & Associates, 500 Main St., Suite 535, Worcester, MA 01608.

_____
Geoffrey P. Wermuth