UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HAFIZA ASLAMI,

                Plaintiff,

                                                                            CIVIL NO. 05-11387-JLT

AIG LIFE INSURANCE CO.,
AIG CLAIM SERVICES, INC., LORI
RODEK and GERALD WYNDORF,

                Defendants,

<u>REPORT RE: REFERENCE FOR</u>
<u>ALTERNATIVE DISPUTE RESOLUTION</u>

TO: JUDGE TAURO

SWARTWOOD, C.M.J.

**This case was scheduled for Mediation on 11/29/2005 and continued to 12/21/2005 by request of Counsel. After receipt of Defendants' Withdrawal from Mediation, I am returning this case to Judge Tauro where it should be restored to his active trial list.**

**December 27, 2005**                           /s/ Charles B. Swartwood, III
**Date**                                                         CHARLES B. SWARTWOOD, III, C.M.J.