UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HAFIZA ASLAMI, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 05-11387-JLT |
| AIG LIFE INSURANCE COMPANY, AIG CLAIM SERVICES, INC., LORI RODEK, and GERALD WYNDORF, | * | |
| Defendants. | * | |

ORDER

March 28, 2006

TAURO, J.

After a Conference held on March 28, 2006, this court hereby orders that:

1. The Parties shall contact Zita Lovett by April 4, 2006 to report the status of the Parties' settlement discussions.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge