**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**HAFIZA ASLAMI,**
    **Plaintiff,**

    **V**        **CA 05-11387-JLT**

**AIG LIFE INSURANCE COMPANY,**
    **Defendant.**

**SETTLEMENT ORDER OF DISMISSAL**

**TAURO, D.J.**

    The court having been advised on March 31, 2006 by counsel for the parties that the above action has been settled:    IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within **30** days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                                                          Zita Lovett
                                                              /s/
                                                         _____
                                                       **Deputy Clerk**

March 31, 2006